Otto F. Vonesh and Mary Katherine Vonesh, appellants, v. City of Berwyn et al., appellees. Gen. No. 31,683.

Bill for injunction. Dismissed for want of equity. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the second division of this court for the first district

at the October term, 1926. Affirmed. Opinion filed November 15, 1927.

Otto Kerner and James S. Wight, for appellants. Oliver C. Heywood, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.